CONTINENTAL SECURITIES COMPANY et al., as Stockholders of the NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, in Behalf of Themselves and Other Stockholders et al., Appellants, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents, and MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.

*Continental Securities Co. v. N. Y. Central R. R. Co.*, 179 App. Div. 355, affirmed.

(Submitted January 7, 1918; decided January 29, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 7, 1917, modifying and affirming as

modified an order of Special Term confirming the report of a referee appointed under section 623 of the Code of Civil Procedure to ascertain and determine the damages sustained by defendants by reason of an injunction *pendente lite* theretofore granted in an action to determine the validity of an agreement to retire three and one-half per cent Lake Shore collateral bonds by the issue of four per cent bonds as a consideration for the holders consenting to the consolidation of the New York Central and Hudson River Railroad Company and the Lake Shore and Michigan Southern Railway Company and nine other railroad companies. (See 217 N. Y. 119.)

*Elijah N. Zoline* for Continental Securities Company et al., appellants.

*Murray Downs* and *Frederick L. Allen* for Mutual Life Insurance Company of New York, appellant.

*Alexander S. Lyman* for New York Central Railroad Company et al., respondents.

*Charles J. Fay* for Bankers Trust Company, respondent.

*Russel S. Coutant* for J. P. Morgan & Co., respondent.

Order affirmed, with costs to defendants, respondents, against plaintiffs, appellants, and American Surety Company, and with costs to said plaintiffs and surety company against appellant Mutual Life Insurance Company; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.